UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO SALAS, | NO. CV 08-2866-PA(E) |
| Petitioner, | |
| v. | JUDGMENT |
| L. WATSON-POWERS, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: October 22, 2008.

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE